OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P. O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 OCT 14 2015
$ 000.35⁰

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

10/5/2015
**Oliver, Kentrell Dmon**          Tr. Ct. No. 1049466-A          **WR-72,235-02**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

UTF

KENTRELL DMON OLIVER
BETO I UNIT - TDC #1356475
P. O. BOX 128
TENNESSEE COLONY, TX 75880          U TF